UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR08-134-RSL |
| v. | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| BOBBY BARNARD BEASLEY, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 19, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Vincent Lombardi, and defendant was represented by Nancy Tenney. Also present was U.S. Probation Officer Sarah Moore. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 31, 2008, by the Honorable Robert S. Lasnik for Felon in Possession of a Firearm. He received 37 months custody, and 3 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated March 28, 2011, U.S. Probation Officer Andrew J. Lorenzen alleged that defendant violated the following conditions of supervised release:

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

1.     Committing the offenses of Driving While Under the Influence and Driving While License Suspended in the Third Degree, on or about October 30, 2010, in violation oof the general condition to not commit another federal, state or local crime.

2.     Committing the offense of Robbery, on or about March 11, 2011, in violation of the general condition to not commit another federal, state, or local crime.

3.     Committing the offense, Felon in Possession of a Firearm, on or about March 11, 2011, in violation of the general condition to not commit another federal, state, or local crime.

4.     Committing the offense, Possessing Marijuana, on or about March 11, 2011, in violation of the general condition to not commit another federal, state, or local crime.

5.     Associating with persons engaged in criminal activities and persons previously convicted of a felony on or about March 11, 2011, in violation of standard condition number 9.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 16, 2012, at 9:00 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 19th day of December, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2